FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re    Jennie R. Turner
                                   Debtor(s)

Case No.
Chapter    13

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (W) Jennie R. Turner | S.S.# xxx-xx-7587 |
| | | S.S.# |
| ADDRESS: | 45 Cheyenne Dr. | |
| | Jackson, TN 38305 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 490.00 (Bi-Weekly) | |
| PAYROLL DEDUCTION: | Payroll Deduction    OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | Old Country Store | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

| | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ -NONE- |
| CHILD SUPPORT: | Future support through Plan to | $ -NONE- |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | -NONE- | $ -NONE- |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: SLS | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| | Ongoing pmt. Begin December 2012 | | | $ 830.12 |
| | Approx. arrearage 1730.00 | 8.00 % | | $ 36.00 |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| Car Mart | $ 708.00 | 8.00 % | $ 23.00 |
| State Finance of Jackson | $ 328.75 | 8.00 % | $ 10.00 |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $30,062.00

TERMINATION:    Plan shall terminate upon payment of the above, approximately 60 months.

**Rejected Leases**
 -NONE-:
**Assumed Leases**
 -NONE-:

DEBTOR'S ATTORNEY:    T. Verner Smith
Law Office of T. Verner Smith
112 North Liberty
Po Box 1743
Jackson, TN 38302-1743
731-423-1888