**Dated: June 18, 2013**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Jennie R. Turner | ) CHAPTER 13 |
| | ) |
| Debtor | ) CASE NO. 12-12964-PJD |

| | |
|---|---|
| Specialized Loan Servicing, LLC, as servicing agent for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings, LLC, | ) ) ) |
| Movant | ) |
| v. | ) CONTESTED MATTER |
| Jennie R. Turner | ) |
| Debtor | ) |
| Timothy H. Ivy | ) |
| Trustee | ) |
| Respondent | ) |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

This matter having been scheduled to come before this Court upon the Objection to Confirmation filed by **Specialized Loan Servicing, LLC,** and it appearing the undersigned parties have consented hereto, it is hereby ordered;

1. The Debtor shall pay the pre-petition arrearage claim of Specialized Loan Servicing, LLC, in the sum of $4,836.74 at 2.550% interest over the life of the plan and the Trustee shall make the appropriate adjustments to the Debtor's Chapter 13 plan to ensure the claim is paid in a timely manner.

2. The Chapter 13 Trustee shall amend the Debtor's plan, increase the Debtor's plan payments and notify the Debtor and/or Debtor's employer as necessary.

# # #

APPROVED FOR ENTRY:

**/s/Richard B. Maner**
Richard B. Maner, TN Bar No.024019
Attorney for Specialized Loan Servicing, LLC
RICHARD B. MANER, P.C.
5775 Glenridg Drive
Building D, Suite 100
Atlanta, GA 30328
404-252-6385 Phone; 404-252-6394 Fax
Email: rmaner@rbmlegal.com

**/s/T. Verner Smith**
T. Verner Smith, TN Bar No.11686
Attorney for Debtor
Law Office of Verner Smith
112 N. Liberty, P.O. Box 1743
Jackson, TN 38302-1743
(731) 423-1888 Phone
bankruptcy@vernersmith.com

**/s/** Timothy H. Ivy
Timothy H. Ivy
Chapter 13 Trustee
P.O. Box 1313,
Jackson, TN 38302
(731) 664-1313

## DISTRIBUTION LIST

Richard B. Maner, Esq.
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

Jennie R. Turner
45 Cheyenne Drive
Jackson, TN 38305

T. Verner Smith
Law Office of Verner Smith
112 N. Liberty, P.O. Box 1743
Jackson, TN  38302-1743

Timothy H. Ivy
Chapter 13 Trustee
P.O. Box 1313
Jackson, TN  38302