# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

IN RE:                                       CHAPTER 13 CASE NO.

**JENNIE R. TURNER**                         **12-12964**

DEBTOR

---

### MOTION FILED BY DEBTOR TO SUSPEND PLAN PAYMENTS FOR 60 DAYS

The Debtor, Jennie R. Turner, by and through her attorney of record, pursuant to Bankruptcy Code, Rules and Procedures, move the Court for an Order to temporarily suspend plan payments for sixty (60) days. The Debtor, Jennie R. Turner, had surgery because of a work related injury and will be off work for an approximately two (2) months.

WHEREFORE, the Debtor moves the Court for service of process on all appropriate parties, for a hearing convenient for the Court, and for a Court Order temporarily suspending her plan payment for sixty (60) days.

                                               Respectfully Submitted,

                                               THE LAW OFFICE OF T. VERNER SMITH

                                               /s/ T. Verner Smith
                                               T. Verner Smith, Attorney for Debtor
                                               P.O. Box 1743
                                               Jackson, TN   38301
                                               (731) 423-1888

## CERTIFICATE OF SERVICE

The undersigned party, Attorney for party, or agent therefore, hereby certifies that on this 6th day of January, 2015, copies of the documents identified below were served by mail, served electronically or hand delivered to the parties listed:

A Motion to Suspend Plan Payments for 60 Days filed by debtor's counsel on January 6, 2015.

/s/ T. Verner Smith
Law Office of T. Verner Smith
112 N. Liberty
P.O. Box 1743
Jackson, TN 38302

T. Verner Smith
Attorney for the debtor
P.O. Box 1743
Jackson, TN 38302

Timothy Ivy
Chapter 13 Trustee
P.O. Box 1313
Jackson, TN 38302

Jennie Turner
45 Cheyenne Dr.
Jackson, TN 38305

Matrix